UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT M. CURREY,

       Plaintiff,

     v.

DENIS McDONOUGH, et al.,

       Defendants.

Case No.  2:26-cv-02079-TLN-CKD (PS)

**ORDER**

On June 11, 2026, the magistrate judge filed findings and recommendations in this case, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 4.)  On June 20, 2026, Plaintiff filed objections to the findings and recommendations.  (ECF No. 5.)  The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (ECF No. 4) are ADOPTED IN FULL;

2.     The Complaint (ECF No. 1) is DISMISSED:

1

a.    Plaintiff's claims under Section 504 of the Rehabilitation Act, the Fifth Amendment Due Process Clause, and the Administrative Procedure Act, 5 U.S.C. § 706, along with Plaintiff's claims for intentional infliction of emotional distress are DISMISSD with leave to amend;

b.    Plaintiff's claim under the Mission Act, 38 U.S.C. § 1703 is DISMISSED without leave to amend;

3.    Plaintiff has thirty (30) days from the date of this Order to file a First Amended Complaint, if he so chooses.  Failure to amend the Complaint within thirty (30) days may result in a dismissal of this action for failure to prosecute;

4.    Plaintiff's first motion for temporary restraining order (ECF No. 3) is DENIED; and

5.    For the same reasons that Plaintiff's first motion for temporary restraining order was denied, Plaintiff's second motion for temporary restraining order (ECF No. 6) is likewise DENIED.   Plaintiff has not stated a cognizable claim and cannot show a likelihood of success on the merits as required for preliminary injunctive relief to issue.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

IT IS SO ORDERED.

Date: June 25, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE